IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN "JAY" BRUMMETT, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DATABANK HOLDINGS, LTD., § <br> § <br> Defendant. § | CIVIL ACTION NO. 3:21-cv-00960-S |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff John "Jay" Brummett ("Plaintiff") and Defendant DataBank Holdings, Ltd. ("Defendant") file this Joint Stipulation of Dismissal with Prejudice and respectfully request that the Court dismiss this action and all claims that were asserted or could have been asserted therein with prejudice, with each party bearing its own costs and attorneys' fees.

[*signatures on following page*]

Respectfully submitted,

By: */s/ Marcia N. Jackson*
Bryan J. Wick
State Bar No. 24003169
bryan.wick@wickphillips.com
Marcia N. Jackson
State Bar No. 24008411
marcia.jackson@wickphillips.com
Dana M. Hilzendager
Texas Bar No. 24106099
dana.hilzendager@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255

***ATTORNEYS FOR DEFENDANT
DATABANK HOLDINGS, LTD.***


*/s/ Carmen Artaza*
Ashley E Tremain
State Bar No. 24066209
ashley@tremainartaza.com
Carmen Artaza
State Bar No. 24055114
carmen@tremainartaza.com

**TREMAIN ARTAZA PLLC**
13140 Coit Road, Suite 104
Dallas, Texas 75240
Telephone: (469) 573-0229
Facsimile: (214) 254-4941

***ATTORNEYS FOR PLAINTIFF
JOHN "JAY" BRUMMETT***

## CERTIFICATE OF SERVICE

I hereby certify that, on June 9, 2022, the foregoing document was electronically submitted with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court and that all counsel and/or *pro se* parties of record have been served electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

> */s/ Marcia N. Jackson*
> Marcia N. Jackson